450 A.2d 192

Cohen, Appellants v. Commerce Bank of New Jersey.
Petition for Allowance of Appeal
Denied Jan. 14, 1983.

Argued January 6, 1982. Robert H. Dickman, for appellants; Chanson Pipitone, for appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.

450 A.2d 192

Commonwealth v. Blash, Appellant.

Submitted March 1, 1982. Louis Perez, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.